# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 24-78 |
| **CURTIS GREGORY SMITH, JR.** | : | |

## ORDER

This 7th day of March, 2024, upon consideration of Defendant Curtis Gregory Smith Jr.'s Notice of Removal from State Court, ECF 1, it is hereby **ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Buck County for the reasons set forth in the accompanying memorandum. The Clerk shall mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge